UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES JOHN O'SHEA,

    Plaintiff,

v.

STEPHEN M. WAGSTAFFE, et al.,

    Defendants.

Case No. 19-cv-04563-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to perfect his application to proceed *in forma pauperis* (IFP). Specifically, he has not filed a Certificate of Funds, and a prison trust account statement showing transactions for the last six months. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain the two documents noted above, or full payment for the $400.00 filing fee.

Plaintiff's IFP motion is DENIED as insufficient. (Dkt. No. 8.) The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** September 19, 2019

RICHARD SEEBORG
United States District Judge