UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES JOHN O'SHEA,

    Plaintiff,

    v.

STEPHEN M. WAGSTAFFE, et al.,

    Defendants.

Case No. 19-cv-04563-RS (PR)

**ORDER REOPENING ACTION**

This federal civil rights action was dismissed because plaintiff failed to comply with the Court's order to pay the filing fee, or perfect his application to proceed *in forma pauperis*. He since has paid the filing fee. Accordingly, this action is REOPENED. The Clerk is directed to modify the docket to reflect this. The judgment and the order of dismissal are VACATED. (Dkt. Nos. 13 and 14.) Plaintiff's motions for reconsideration are DENIED as moot. (Dkt. Nos. 20 and 21.)

The complaint will be reviewed in a separate order. The Clerk shall terminate all pending motions.

**IT IS SO ORDERED.**

**Dated:** November 20, 2019

                            RICHARD SEEBORG
                          United States District Judge